BOARD, Respondent.—Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that there is no corroboration of the hearsay declarations as to an accident arising in the course of the employment. All concur, except Rhodes, J., who dissents on the ground there is sufficient corroboration of the hearsay statements of the deceased.

In the Matter of the Claim of JOHN MESSENGER, Respondent, against CHEMUNG FOUNDRY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of HENRY R. GROO, Respondent, against NATHAN SIEGEL, Appellant, and SOLOMON GRUNFELD, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision and award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of HALLSEY R. PALMER, Respondent, against EVERLY M. DAVIS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of Mrs. EMIL (LENA) KOEHLER, Respondent, against ARMOUR & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of SOL GLICKSMAN, Respondent, against NEW YORK RAPID TRANSIT CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. All concur, except Van Kirk, P. J., and Whitmyer, J., who dissent and vote for reversal and for dismissal of claim, on the ground that the claimant was not in the course of the employment when injured. (*Johnson* v. *Faribault Bldg. Corp.*, 192 App. Div. 929; revd. on dissenting opinion below, 229 N. Y. 626; *Culhane* v. *Economical Garage Co.*, 188 App. Div. 1.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE C. WHEELOCK, Appellant.— Judgment of conviction and order unanimously affirmed. Any errors made in the rulings of the court did not affect the substantial rights of the defendant and are disregarded under section 542 of the Code of Criminal Procedure.

JOHN H. McCLOSKEY, Respondent, v. NORTH END AUTO SUPPLY CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs.

JOHN H. FLINT, an Infant, by WILLIAM H. FLINT, His Guardian ad Litem, Respondent, v. LOUIS BUBIE, Appellant.†— Judgment and order affirmed, with costs. All concur, except Van Kirk, P. J., and Hill, J., who dissent and vote for reversal and a new trial for error in the charge.

HENRY C. MILLER, as Trustee in Bankruptcy of REUBEN V. Cox, Respondent, v. ANNA K. Cox, Appellant.— Judgment unanimously affirmed, with costs.

MICHAEL DE PIETRO, Appellant, v. JESSE B. WHITLOCK, Respondent.— Judgment and order affirmed, with costs. All concur, except Hill, J., who dissents and votes for reversal and a new trial for refusal to charge as requested by plaintiff's attorney.

ARTHUR L. RANDALL, Respondent, v. JOHN ARBORIO and CONTINENTAL CASUALTY COMPANY, Appellants; STATE OF NEW YORK and Others, Defendants; VICTOR

---

* Affd., 259 N. Y. —.     † Affd., 259 N. Y. —.